

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00117-CR

**MICHAEL DAVID WILLIAMS,**

                          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                          **Appellee**

---

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D34123CR

---

## MEMORANDUM OPINION

---

In this matter, appellant, Michael David Williams, challenges the trial court's denial of his pro se "motions for transcripts of prior mistrial." The right of appeal in a criminal case is a statutorily-created right. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02; *see also Bayless v. State*, 91 S.W.3d 801, 805 (Tex. Crim. App. 2002). Generally, a criminal defendant may only appeal from a final judgment. *State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). Because appellant is not appealing from a judgment of conviction

or an otherwise appealable order, we have no jurisdiction. *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) ("'[T]he standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law.'" (quoting *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008))). We therefore dismiss this appeal for lack of jurisdiction.

Appellant may file a motion for rehearing with this Court within fifteen days after the opinion and judgment are rendered. *See* TEX. R. APP. P. 49.1. If appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty days after either this Court's judgment was rendered or the day that last timely motion for rehearing was overruled by this Court. *See id.* at R. 68.2(a).


TOM GRAY
Chief Justice


Before Chief Justice Gray,
     Justice Johnson,
     and Visiting Justice Davis[1]
Appeal dismissed
Opinion delivered and filed June 16, 2021
Do not publish
[CR25]



---

[1] The Honorable Rex Davis, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.